IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASAHI GLASS CO., LTD. and AGC FLAT GLASS NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GUARDIAN INDUSTRIES CORP., <br><br> Defendant. | ) ) ) ) ) ) ) Civ. No. 09-515-SLR ) ) ) ) ) |

**MEMORANDUM ORDER**

At Wilmington this 11th day of October, 2011, having reviewed defendant's motion for clarification and partial reconsideration (D.I. 203);

IT IS HEREBY ORDERED that defendant's motion is granted, as follows:

Pursuant to the court's prior memorandum order (D.I. 191), Dr. Horn's opinions on anticipation are excluded in their entirety. Defendant may not attempt to prove anticipation in this case absent an expert's testimony. *See, e.g., Centricut, LLC v. Esab Group, Inc.*, 390 F.3d 1361, 1369-70 (Fed. Cir. 2004) (expert testimony is typically essential in a case involving complex technology) (citations omitted).

IT IS FURTHER ORDERED that the court will not entertain further motions from the parties prior to trial.

                                                           */s/*
                                                           United States District Judge