

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASAHI GLASS CO., LTD. and AGC FLAT GLASS NORTH AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 09-515-SLR |
| GUARDIAN INDUSTRIES CORP., | ) ) ) | |
| Defendant. | ) | |

**VERDICT SHEET**

Dated: October 21, 2011

We, the jury, unanimously find as follows:

I. U.S. Patent No. 6,193,856 ("the '856 patent")

    A. Invalidity

1. Do you find that Guardian has proven, by clear and convincing evidence, that claim 16 of the '856 patent is invalid as being obvious in view of the prior art?

    *Checking "no" below indicates a finding for AGC.*

    *Checking "yes" below indicates a finding for Guardian.*

    No ✓      Yes _____

    B. Inventorship

2. Do you find that Guardian has proven, by clear and convincing evidence, that the named inventorship for the '856 patent is incorrect?

    *Checking "no" below indicates a finding for AGC.*

    *Checking "yes" below indicates a finding for Guardian.*

    No ✓      Yes _____

II. U.S. Patent No. 6,334,938 ("the '938 patent")

    A. Invalidity

3. Do you find that Guardian has proven, by clear and convincing evidence, that the asserted claims of the '938 patent are invalid as being obvious in view of the prior art?

    *Checking "no" below indicates a finding for AGC.*

    *Checking "yes" below indicates a finding for Guardian.*

*Cont. on next page*

*Question 3, continued*

| '938 patent claim | No | Yes |
|---|---|---|
| 1 | ✓ | |
| 3 | ✓ | |
| 4 | ✓ | |
| 7 | ✓ | |
| 8 | ✓ | |
| 9 | ✓ | |
| 10 | ✓ | |
| 11 | ✓ | |
| 18 | ✓ | |
| 19 | ✓ | |
| 20 | ✓ | |
| 25 | ✓ | |

**B. Inventorship**

4. Do you find that Guardian has proven, by clear and convincing evidence, that the named inventorship for the '938 patent is incorrect?

*Checking "no" below indicates a finding for AGC.*

*Checking "yes" below indicates a finding for Guardian.*

No ✓     Yes _____

2